IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ANDREA LEIGH YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-4383-CV-C-GAF-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Now pending before the Court is Defendant's Motion to Reverse and Remand. For good cause shown, it is

ORDERED that the above referenced case is hereby reversed and remanded pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: June 2, 2006